UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-03704-SSC Date: July 31, 2026

Title Jebarah Wafig Mahmoud v. Mark Wayne Mullin, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing the Parties to File Further Supplemental Briefing**

On July 1, 2026, Petitioner Jebarah Wafig Mahmoud, filed this *pro se* petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (*Id.* at 1.) Petitioner is a citizen of Israel. (ECF 2 at 4; ECF 8-1 at 2.) Petitioner was ordered removed in 1989; however, his removal to Israel could not be effectuated. (ECF 2 at 4–5; ECF 8-1 at 2–3.)

This is Petitioner's second habeas petition. In the first, Petitioner challenged his December 11, 2025 re-detention on due process grounds. *Mahmoud v. Mullin*, No. 5:26-cv-01449-JLS-SSC, Dkt. No. 1 (C.D. Cal. Mar. 25, 2026). Along with the first petition, Petitioner filed a temporary restraining order (TRO) seeking immediate release. *Id.*, Dkt. No. 2 (C.D. Cal. Mar. 25, 2026). On March 31, 2026, District Judge Josephine L. Staton granted a preliminary injunction because

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03704-SSC Date: July 31, 2026

Title Jebarah Wafig Mahmoud v. Mark Wayne Mullin, et al.

Respondents did not present an opposition argument to the TRO and ordered Petitioner's immediate release. *Id.*, Dkt. No. 7 (C.D. Cal. Mar. 31, 2026). Judge Staton's order also provides that "Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents shall not arrest or detain Petitioner without written notice provided to Petitioner and his counsel, and a pre-deprivation hearing before a neutral arbiter to evaluate whether Petitioner's re-detention is warranted based on flight risk or a danger to the community, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing." *Id.* at 2.

On April 1, 2026, Petitioner was released on an order of supervision. (ECF 8-1 at 3.) On April 17, 2026, the parties stipulated to dismiss the first habeas petition under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the case was dismissed without prejudice. *Mahmoud*, No. 5:26-cv-01449-JLS-SSC, Dkt. No. 10 (C.D. Cal. Apr. 17, 2026).

In the second petition, Petitioner challenges his June 3, 2026 re-detention. (ECF 2 at 4.) On July 13, 2026, Respondents filed an answer to the second petition. (ECF 8.) Respondents provide that Petitioner is detained "pending his scheduled removal to Israel via Special High-Risk Charter" and that "Petitioner has not shown that there are any insurmountable barriers precluding his removal." (*Id.* at 2–3.) Respondents explain that Petitioner was provided with a Notice of Revocation of Release on June 3, 2026. (*Id.* at 3.) Respondents also attach as an exhibit a copy of Petitioner's Form I-213, which provides that Petitioner was served "with a Notice of Revocation of Release (ICE Form 71-091) and Alien Informal Interview (ICE Form 71-090)" on June 3, 2026. (ECF 8-1 at 3.) The form also provides that Petitioner was

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03704-SSC | Date: | July 31, 2026 |
| Title | Jebarah Wafig Mahmoud v. Mark Wayne Mullin, et al. | | |

scheduled to be removed to Israel via Special High-Risk Charter on June 9, 2026. (*Id.*)

On July 20, 2026, Petitioner filed a motion seeking appointment of counsel. (ECF 10.) On July 31, 2026, the Court issued an order granting Petitioner's motion seeking appointment of counsel (ECF 10) and appointing the Federal Public Defender (FPD) to represent Petitioner. (ECF 13).

The Court ORDERS Petitioner, through FPD, to file supplemental briefing no later than **August 14, 2026,** addressing whether Petitioner has filed a motion to enforce Judge Staton's order in *Mahmoud v. Mullin*, No. 5:26-cv-01449-JLS-SSC, Dkt. No. 7 (C.D. Cal. Apr. 17, 2026), whether Petitioner plans to do so, and, if so, the status of such motion.

The Court ORDERS Respondents to file supplemental briefing no later than **August 14, 2026**, addressing (1) whether Petitioner was provided an informal interview following his June 3, 2026 re-detention; and (2) whether Petitioner has been re-scheduled for removal to Israel via Special High-Risk Charter and, if so, provide information as to when this is scheduled to happen. If applicable, Respondents should attach to the supplemental brief a copy of the Notice of Revocation of Release (ICE Form 71-091) and Alien Informal Interview (ICE Form 71-090).

Petitioner, through FPD, may file a response to Respondents' supplemental brief no later than **August 21, 2026**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03704-SSC Date: July 31, 2026

Title Jebarah Wafig Mahmoud v. Mark Wayne Mullin, et al.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**